James Earl **BROWN**, Plaintiff-Appellant,

v.

**JAMES E BROWN AND ASSOCIATES, APC, a California Corporation; et al.,** Defendants-Appellees.

No. 15-56317

United States Court of Appeals, Ninth Circuit.

Submitted May 24, 2017 *

Filed May 30, 2017

James Earl Brown, Pro Se

Lawrence Silver, Esquire, Attorney, Silver & Field, Los Angeles, CA, for Defendants-Appellees Irma Gutierrez, Oscar Gutierrez, Estella Gutierrez, Lawrence Silver

Melinda Cantrall, Thomas Hurrell, Hurrell Cantrall LLP, Los Angeles, CA, for Defendant-Appellee David Mauphin

Tim Laske, Esquire, Assistant U.S. Attorney, USLA—Office of the U.S. Attorney, Los Angeles, CA, for Defendants-Appellees US Attorney General, Mark E. Field, George H. King, Beatrice Herrera, M. Ramirez, Pat Gomez, Mariana R. Pfaelzer, Internal Revenue Service, Chris Sawyer

Before: THOMAS, Chief Judge, and SILVERMAN and RAWLINSON, Circuit Judges.

See Fed. R. App. P. 34(a)(2).

---

* The panel unanimously concludes this case is suitable for decision without oral argument.

MEMORANDUM **

James Earl Brown, a disbarred California attorney, appeals pro se from the district court's judgment in his action alleging federal and state law claims arising from his former law practice. We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal under Fed. R. Civ. P. 12(b)(6). *Knievel v. ESPN*, 393 F.3d 1068, 1072 (9th Cir. 2005). We affirm.

The district court properly dismissed Brown's action because Brown failed to allege facts sufficient to state any plausible claim. *See Hebbe v. Pliler*, 627 F.3d 338, 341-42 (9th Cir. 2010) (although pro se pleadings are to be construed liberally, a plaintiff must present factual allegations sufficient to state a plausible claim for relief).

We do not consider matters not specifically and distinctly raised and argued in the opening brief. *See Padgett v. Wright*, 587 F.3d 983, 985 n.2 (9th Cir. 2009).

All pending requests and motions are denied.

**AFFIRMED.**

---

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

